■ HOLLY LAPE, Respondent, v WILLIAM GOLDBACH et al., Appellants. [907 NYS2d 914]—Appeal from an order of the Supreme

Court, Erie County (Joseph R. Glownia, J.), entered August 5, 2009 in a personal injury action. The order granted the motion of plaintiff for partial summary judgment.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on May 19, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Martoche, J.P., Centra, Carni, Lindley and Green, JJ.